FILE COPY



# Court of Appeals

## Seventh District of Texas
## Potter County Courts Building
## 501 S. Fillmore, Suite 2-A
## Amarillo, Texas 79101-2449
## www.txcourts.gov/7thcoa.aspx

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

December 9, 2015

Steven M. Denny
Attorney at Law
2414 Line Avenue
Amarillo, TX 79106
\* DELIVERED VIA E-MAIL \*

Katherine L. Levy
Assistant District Attorney
501 S. Fillmore, Suite 5A
Amarillo, TX 79101
\* DELIVERED VIA E-MAIL \*

**RE:** Case Number: 07-15-00067-CR, 07-15-00068-CR
Trial Court Case Number: 67,370-B, 68,439-B

**Style:** Jeremy Edward Sustaita v. The State of Texas

Dear Counsel:

The Court this day issued an opinion and judgment in the captioned cause. TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK

xc: Honorable John B. Board (DELIVERED VIA E-MAIL)
Caroline Woodburn (DELIVERED VIA E-MAIL)